UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
97 SEP 15 AM 10: 03
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 1 5 1997

| | |
|---|---|
| JOHN AND BARBARA SWIFT, et al, | ) ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) CV 97-PT-2430-E ) ) |
| MONSANTO COMPANY, et al, | ) ) ) ) |
| Defendant(s). | ) |

### ORDER

This Judge has previously recused himself from hearing cases related to this case because he regularly recuses himself in cases involving an attorney who has an interest in related cases. This case is so intertwined with the other cases as to the issues it is appropriate that this judge disqualify himself in this case. The Clerk is directed to reassign the case.

**DONE** and **ORDERED** this 15 day of September, 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Perry Mathis
Clerk

Connie M. Collins
Chief Deputy Clerk

JOHN & BARBARA SWIFT }
       Plaintiff(s) }
   v. } Case Number: CV-97-PT-2340-E
     }
MONSANTO COMPANY, et al., }
       Defendant(s) }

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Hancock. Please use case number CV-97-H-2430-E on all subsequent pleadings.

DATED: September 15, 1997

PERRY D. MATHIS, CLERK

By: _____
    Deputy Clerk

PDM:yg

xc:   Judges
      Counsel