IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN SWIFT, *et al.*, | } |
| Plaintiffs, | } |
| v. | } CIVIL ACTION NO. |
| | } 97-AR-2430-E |
| MONSANTO COMPANY, *et al.*, | } |
| Defendants. | } |

FILED
00 MAR 29 PM 2: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 29 2000

### ORDER

Pursuant to the joint stipulation of dismissal filed on March 28, 2000, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this  29th  day of March, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

